1  KARL S. HALL
   Reno City Attorney
2  JONATHAN D. SHIPMAN
3  Assistant City Attorney
   Nevada State Bar No. 5778
4  *shipmanj@reno.gov*
5  WILLIAM J. McKEAN
   Deputy City Attorney
6  Nevada State Bar No. 6740
   *mckeanw@reno.gov*
7  CHANDENI K. SENDALL
8  Deputy City Attorney
   Nevada State Bar No. 12750
9  *sendallc@reno.gov*
   Post Office Box 1900
10 Reno, Nevada 89505
11 (775) 334-2050
   *Attorneys for Defendant City of Reno*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: 2017 LEMMON VALLEY FLOOD<br><br>This document relates to:<br><br>All Actions | CASE NO.: 3:20-cv-714-MMD-CLB<br>(relates to consolidated file 3:21-cv-00093-MMD-CLB )<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a), all parties to this action and the related actions listed below, through their undersigned counsel, hereby stipulate that the above-captioned action and the related actions listed below, and all of the claims asserted therein, be dismissed with prejudice, in accordance with the terms and conditions set forth in the Settlement and Release of Claims as approved by the Defendant, City of Reno, on May 12, 2021.

///

///

| Case Name | Case No. |
|---|---|
| Estrada, Angel and Gladis | 3:20-cv-00579 |
| Cleous, Danny | 3:20-cv-00585 |
| Novak. Scott | 3:20-cv-00586 |
| Siminoe, Kim and Shawn | 3:20-cv-00595 |
| Berns, Martin | 3:20-cv-00649 |
| Bushey, Frank | 3:20-cv-00650 |
| Loffer, Margherita and Gary | 3:20-cv-00711 |
| Dekker, Dale | 3:20-cv-00712 |
| Nauman, Robert | 3:20-cv-00713 |
| Schutte, Paul and Martha | 3:20-cv-00714 |
| Spencer, Lola | 3:20-cv-00715 |
| Aguilar, Elizabeth | 3:21-cv-00011 |
| Conlin, Tim | 3:21-cv-00012 |
| Donohoe, Linda | 3:21-cv-00014 |
| Dutcher, Jesse and Jennifer | 3:21-cv-00015 |
| New Life Assembly of God | 3:21-cv-00016 |
| Nevarez, Alex | 3:21-cv-00017 |
| Pearson, Sharon | 3:21-cv-00021 |
| Ross, Donald | 3:21-cv-00022 |
| Long, Jeff | 3:21-cv-00023 |
| King, Brian and Musich, Danny | 3:21-cv-00024 |
| Launer, Mark and Laura | 3:21-cv-00026 |
| Pool, Miles and Jody | 3:21-cv-00029 |
| Hughett, Frances | 3:21-cv-00036 |
| Sotelo, John | 3:21-cv-00037 |
| Berry, Nicole | 3:21-cv-00038 |
| Hall, David and Tracy | 3:21-cv-00040 |

///

///

DATED this 26th day of May, 2021.

By: _/s/ Roger S. Doyle_
   Kerry S. Doyle, Esq.
   Nevada Bar No. 10866
   Roger S. Doyle, Esq.
   Nevada Bar No. 10876
   4600 Kietzke Lane, Suite I-207
   Reno, Nevada 89502
   (775) 525-0889

   Luke Busby, Esq.
   Nevada State Bar No. 10319
   316 California Ave #82
   Reno, Nevada 89509
   775-453-0112

*Attorneys for Plaintiffs*

DATED this 26th day of May, 2021.

By: _/s/ Jonathan D. Shipman_
   Karl S. Hall, Esq.
   Jonathan D. Shipman, Esq.
   Nevada Bar No. 5778
   William J. McKean, Esq.
   Nevada Bar No. 6740
   Chandeni Sendall, Esq.
   Nevada Bar No. 12750
   P.O. Box 1900
   Reno, Nevada 89505
   (775) 334-2050

*Attorneys for the City of Reno*

**ORDER**

IT IS SO ORDERED.

DATED this  26th day of May , 2021.

_____
UNITED STATES DISTRICT JUDGE